# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145646(92)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JEFFERY ALAN DOUGLAS,
      Defendant-Appellee.
_____/

SC: 145646
COA: 301546
Lenawee CC: 09-014365-FC

      On order of the Chief Justice, the motion of the Michigan Attorney General to participate in oral argument by sharing ten minutes of the Lenawee County Prosecutor's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2014



Clerk